**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Norris Briscoe v. The State of Texas

Appellate case number:   01-12-00646-CR

Trial court case number:  1305620

Trial court:                    179th District Court of Harris County

A certification showing that the appellant has the right of appeal has been filed in this Court. Therefore, we order the appeal **reinstated**.

The clerk's record and the reporter's record have been filed in this Court. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief will be due 30 days from the date that appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
                             ☑ Acting individually     ☐ Acting for the Court

Date: September 27, 2012